**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RICARDO CASAS-MILIAN, a.k.a. Ricardo Milian Casas, a.k.a. Ricardo Millian,<br><br>        Petitioner,<br><br>  v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>        Respondent. | No. 10-72696<br><br>Agency No. A024-947-979<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 26, 2012[**]

Before:    SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

Ricardo Casas-Milian, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252.

---

   [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

   [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We review de novo questions of law, *Ramirez-Villalpando v. Holder*, 645 F.3d 1035, 1038 (9th Cir. 2011), and we deny the petition for review.

The BIA correctly concluded that Casas-Milian is removable under 8 U.S.C. § 1227(a)(2)(A)(iii) and (B)(i) as a result of his conviction under California Health and Safety Code § 11378. Contrary to Casas-Milian's contention, the charging document and abstract of judgment submitted by the government are sufficient to establish that his offense involved methamphetamine, a substance controlled under federal law. *See id.* at 1041 (using an abstract of judgment in combination with a charging document to establish that a conviction was for a removable offense); *see also Pagayon v. Holder*, 675 F.3d 1182, 1189 (9th Cir. 2011) (stating that methamphetamine is a federally-controlled substance).

**PETITION FOR REVIEW DENIED.**